AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Carmine James Macedonio

Defendant(s)

Case No. 8:14-MJ 8:14 MJ 1369 TGW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 9, 2014 in the county of Pinellas in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 2113 | Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Neil V. Palenzuela, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: MAY 12, 2014

[signature]
*Judge's signature*

City and state: Tampa, Florida

Thomas G. Wilson, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Neil V. Palenzuela, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed as such for approximately twenty-five years. I have investigated Violent Crime matters to include, Extortions, Kidnappings, and other related activity in connection with violations of Title 18, United States Code (USC), Section 2113, Bank Robbery. As a Special Agent with the FBI, Your Affiant is authorized to investigate violations of federal law and to execute arrest warrants issued under the authority of the United States. This affidavit is made in support of a Criminal Complaint and arrest warrant for Carmine James Macedonio, for violation of Title 18, United States Code (USC), Section 2113, Bank Robbery.

2. The factual information supplied in this affidavit is based upon my investigation and information provided by interviews of witnesses, and by similar investigative activity conducted by the Pinellas Park Police Department (PPPD) and other FBI agents. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, Your Affiant has intentionally not set forth each and every fact known to me concerning this investigation and included only those facts and conclusions that are believed necessary to establish probable cause in support of the Criminal Complaint.

**Investigation**

3. On Friday May 9, 2014, at approximately 5:23 p.m., the Grow Financial Federal Credit Union (GFFCU), a federally insured financial institution located at 6900 Park Blvd, in Pinellas Park, Florida, was robbed by Carmine James Macedonio. Macedonio was captured on the GFFCU surveillance video camera entering the institution wearing a white long sleeve shirt

covered by a black t-shirt, wearing dark jeans and a dark skull cap. Macedonio was also carrying a white draw string-type bag.

4. On the surveillance video, Macedonio was shown entering the GFFCU and stopping momentarily at a front counter to the right of the entrance. Macedonio then proceeds to the teller line. While in line, Macedonio appears to be making a phone call on a cellular phone, while looking around the institution.

5. Macedonio then approaches the victim teller at the counter. At the time Macedonio approached this particular teller, she was not currently open for business. Macedonio then places the white draw string bag on the teller counter and extends his right hand, which is holding a piece of paper.

6. Based on an interview of the teller, she advised Macedonio she would be with him momentarily. The teller later related that although she saw writing on the paper, at the time she was concentrating on Macedonio and did not read the paper.

7. Macedonio then told the teller words that he had a bomb and would set it off if she did not empty the cash drawer and bring it to him. Macedonio further showed the piece of paper to the teller but did not relinquish control of it. Macedonio then placed the paper back into a green folder, while the teller began gathering money.

8. The teller gave Macedonio $4,763 in GFFCU funds, along with a GPS tracking device, disguised as a bundle of $20 denomination bills. Macedonio placed the funds into the green folder and exited the institution through the same door through which he had entered.

9. Witnesses observed and video surveillance reflects that Macedonio departed the institution to the east and then turned south along the eastside of the institution. Macedonio was then observed scaling a white PVC fence on the south side of the GFFCU, at the east end corner.

10. Based on the GPS tracking device information, a PPPD K-9 unit responded to the coordinates provided by the GPS data. At that location, a PPPD officer observed a subject matching the description of the robber (Macedonio) in a vacant residence located at 7025 67th Way North, Pinellas Park, Florida. The officer then observed Macedonio run out the front door of the residence, in a northwest direction crossing the street.

11. PPPD officers and a K-9 Unit pursued him, and Macedonio was later arrested following a physical confrontation, in which he resisted the arresting officers. PPPD arresting officers recovered from Macedonio's person $4,783.00 in unbanded U.S. currency and a note. The note read, "Do not act alarmed. If you signal anyone I will detonate the BOMB in my bag IMMEDIATELY! NO SUDDEN movements keep your hand where I can see them. If you make this complicated I WILL DETONATE this BOMB! WAIT FOR MY COMMAND!" At the time of his arrest, Macedonio was wearing a red tank top t-shirt and long dark jean shorts. The clothes Macedonio was wearing at the time of the robbery were not recovered.

12. Following Macedonio's arrest, PPPD officers conducted a sweep of the vacant residence for any other subjects. During the sweep, an officer observed a single $1000 money wrapper/band. In the yard next door to the vacant home, PPPD officers found the GPS tracking device that was given to Macedonio during the robbery of GFFCU.

13. Macedonio was transported to the hospital subsequent to his arrest for medical treatment, and was thereafter taken to the PPPD station for interview. Macedonio consented to a post arrest

interview with PPPD detectives and the Federal Bureau of Investigation (FBI) and executed an FBI Miranda waiver form. During the recorded interview, Macedonio admitted his participation in the GFFCU robbery, to include disposing of the GPS tracker, but denied he was the individual who entered the institution and placed the blamed the robbery on another individual.

14. A photograph taken of Macedonio at the hospital was displayed by a PPPD detective to the victim teller. The teller positively identified the photo of Macedonio as the same person who robbed her and the GFFCU.

15. Macedonio left the white draw string bag at the GFFCU when he fled. Inside the bag was an unknown device. Law enforcement bomb squad personnel were called to the scene and rendered the device safe. The bomb squad personnel determined the bag to have contained a hoax bomb constructed from a clock wrapped in wires.

**Conclusion**

16. Based upon my training, experience, and the foregoing facts, Your Affiant asserts probable cause exists to believe that Carmine James Macedonio did take by force or violence or by intimidation from the Grow Financial Federal Credit Union, a federally insured financial institution, $4,763 in credit union funds in their care and custody, in violation of Title 18, United States Code, Section 2113, Bank Robbery.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

Neil V. Palenzuela
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on
this 12 day of May 2014, in Tampa, Florida.

THOMAS G. WILSON
United States Magistrate Judge