UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                         CASE NO. 8:14-MJ-1369-TGW

CARMINE JAMES MACEDONIO

### **REQUEST FOR LEAVE TO DISMISS COMPLAINT**

Pursuant to Fed. R. Crim. P. 48(a), A. Lee Bentley, III, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the pending criminal complaint in the above-captioned case, without prejudice, as the defendant is being prosecuted by the State of Florida on the instant charge. Thus, the United States requests that the criminal complaint be dismissed with prejudice and the Clerk of Court be directed to close this case.

                                         Respectfully submitted,

                                         A. LEE BENTLEY, III
                                         United States Attorney


                     By:  *s/ Carlton C. Gammons*
                           CARLTON C. GAMMONS
                           Assistant United States Attorney
                           Florida Bar No. 85903
                           400 N. Tampa Street, Suite 3200
                           Tampa, Florida 33602-4798
                           Telephone:  (813) 274-6000
                           Facsimile:   (813) 274-6358
                           E-mail:   carlton.gammons@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-MJ-1369-TGW

CARMINE JAMES MACEDONIO

## **ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the pending criminal complaint against the above-named defendant without prejudice. Leave of Court is granted and the complaint is dismissed the defendant, without prejudice. The Clerk of Court is directed to close the case.

Dated: _____

_____
THOMAS G. WILSON
United States Magistrate Judge