UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE No. 8:14-MJ-1369TGW

CARMINE JAMES MACEDONIO

_____:

## ORDER

THIS CAUSE came on for consideration upon the Request for Leave to Dismiss Complaint (Doc. 3). For the reasons stated in the motion, it is, upon consideration

ORDERED:

That the Request for Leave to Dismiss Complaint (Doc. 3) be, and the same is hereby **GRANTED**, and the complaint is hereby **DISMISSED** with prejudice.

DONE and ORDERED at Tampa, Florida, this 31st day of December, 2014.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE